IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W.J.C.C., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:25-cv-00153-SLH |
| | ) | |
| DONALD J. TRUMP, *In his official* | ) | |
| *capacity as President of the* | ) | |
| *United States*, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this 22nd day of May, 2025, upon due consideration of Petitioner's motion for leave to proceed under pseudonym (ECF No. 5) and for good cause shown, IT IS ORDERED that Petitioner's motion for leave to proceed under pseudonym (ECF No. 5) hereby is **granted**. Petitioner hereby is granted leave to proceed under the pseudonym W.J.C.C. before this Court in this action.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1