IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.J.C.C., <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, *In his official capacity as President of the United States*, et al., <br><br> Respondents. | Civil No. 3:25-cv-00153 <br> Judge Stephanie L. Haines |

## ORDER OF COURT

AND NOW, this 4th day of June, 2025, upon due consideration of Petitioner W.J.C.C.'s Emergency Motion for a Temporary Restraining Order, (ECF No. 2), and for the reasons set forth in the foregoing Opinion, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART.

Specifically, the Court GRANTS the Motion (ECF No. 2) insofar as the Court will require Respondents to provide the following notice before removing W.J.C.C. pursuant to the Alien Enemies Act of 1798 (the "AEA"), 50 U.S.C. § 21, and President Donald J. Trump's Proclamation entitled "Invocation of the [AEA] Regarding the Invasion of the United States by Tren De Aragua[,]" (the "Proclamation"), 90 Fed. Reg. 13034, invoking the AEA:

NOTICE REQUIRED: Respondents, their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are hereby: enjoined, pending further order of this court, from removing W.J.C.C. pursuant to the AEA and the Proclamation, unless Respondents first provide: (1) twenty-one (21) days' notice and an "opportunity to be heard" to W.J.C.C., (2) notice to W.J.C.C. that clearly articulates the fact that he is subject to

1

removal under the Proclamation and the AEA, (3) notice to W.J.C.C. in English and Spanish, the language of the one sought to be expelled, and if needed, Spanish-to-English interpreters shall be provided for any necessary hearings, and (4) notice to W.J.C.C.'s counsel of all of the foregoing.

IT IS FURTHER ORDERED that W.J.C.C.'s Motion (ECF No. 2) is GRANTED insofar as Respondents their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are hereby enjoined from transferring W.J.C.C. from the Western District of Pennsylvania except as pursuant to Title 8 of the United States Code. In the event that Respondents elect to transfer W.J.C.C. pursuant to Title 8 of the United States Code, they are ENCOURAGED to provide notice to W.J.C.C.'s counsel seventy-two (72) hours prior to any such transfer.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to bar the removal, or release from immigration detention, of W.J.C.C. pursuant to proceedings held under the Immigration and Nationality Act (the "INA").

IT IS FURTHER ORDERED that W.J.C.C.'s Motion at ECF No. 2 is DENIED in all other respects.

IT IS FURTHER ORDERED that W.J.C.C. may file a Motion for a Preliminary Injunction by **Monday, June 9, 2025, at 5:00 P.M.** If W.J.C.C. so files, Respondents shall file their Response by **Thursday, June 12, 2025, at 5:00 P.M.** W.J.C.C. may then file a Reply by **Friday, June 13, 2025, at 5:00 P.M.**

IT IS FURTHER ORDERED that, if W.J.C.C. files a Motion for a Preliminary Injunction, the Court will conduct a Preliminary Injunction hearing on **Monday, June 16, 2025, at 1:00 P.M.** by TEAMS audio conference before the undersigned. The Court will provide the TEAMS information to counsel via email in advance of the hearing.

IT FURTHER IS ORDERED that this Temporary Restraining Order shall expire upon the earlier of: (1) the Court's resolution of any Motion for a Preliminary Injunction filed by W.J.C.C. or (2) **June 19, 2025, at 9:32 A.M.**

IT IS FURTHER ORDERED that W.J.C.C. may file an Amended Petition for a Writ of Habeas Corpus in this matter by **Wednesday, June 11, 2025, at 5:00 P.M.** If W.J.C.C. so files, the Court will consider referral of this matter to a United States Magistrate Judge, as well as any other appropriate action under the law.

IT IS FURTHER ORDERED that W.J.C.C.'s nominal bond of $1.00, which he paid on May 23, 2025, (ECF No. 11), remains appropriate for the entry of this Order.

*[signature]*
STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE