# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.J.C.C., | Civil Case No. 3:25-cv-00153-SLH |
| Petitioner-Plaintiff, | Judge Stephanie L. Haines |
| v. | |
| DONALD J. TRUMP, *et al.*, | (Filed Electronically) |
| Respondents. | |

## ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Upon consideration of Respondents' request to exceed page limits, and for good cause shown, the Court orders that Respondents may exceed the twenty-five (25) page limit imposed by Interim Standing Order Section G and may file a Response to Motion for Preliminary Injunction not to exceed 35 pages, excluding tables.

_____
Hon. Stephanie L. Haines
United States District Judge

SO ORDERED: June 16, 2025