IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.J.C.C., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-00153 |
| ) | Judge Stephanie L. Haines |
| DONALD J. TRUMP, *In his official* ) | |
| *capacity as President of the United States,* ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER OF COURT**

AND NOW, this 18th day of June, 2025, upon due consideration of Petitioner W.J.C.C.'s "Motion for Preliminary Injunction[,]" (ECF No. 22), and for the reasons set forth in the foregoing Opinion, IT IS HEREBY ORDERED that the Motion is GRANTED insofar as the Court will require Respondents to provide the notice below before removing W.J.C.C. pursuant to the Alien Enemies Act of 1798 (the "AEA"), 50 U.S.C. § 21, and President Donald J. Trump's Proclamation entitled "Invocation of the [AEA] Regarding the Invasion of the United States by Tren De Aragua[,]" (the "Proclamation"), 90 Fed. Reg. 13034, invoking the AEA.

IT IS FURTHER ORDERED that Respondents, their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are hereby: Enjoined, pending further order of this court, from removing W.J.C.C. pursuant to the AEA and the Proclamation, unless Respondents first provide: (1) twenty-one (21) days' notice and an "opportunity to be heard" to W.J.C.C., (2) notice to W.J.C.C. that clearly articulates the fact that he is subject to removal under the Proclamation and the AEA, (3) notice to W.J.C.C. in English and Spanish, the language of the one sought to be expelled, and if needed, Spanish-to-English

interpreters shall be provided for any necessary hearings, and (4) notice to W.J.C.C.'s counsel of all of the foregoing.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to bar the removal, or release from immigration detention, of W.J.C.C. pursuant to proceedings held under the Immigration and Nationality Act (the "INA").

IT IS FURTHER ORDERED that the nominal security of $1.00 that W.J.C.C. previously posted in this matter (ECF No. 11) remains appropriate for the entry of this Order.

IT IS FURTHER ORDERED that W.J.C.C.'s Motion at ECF No. 22 is DENIED in all other respects.

IT IS FURTHER ORDERED that, on or before **June 27, 2025,** W.J.C.C. and Respondents shall provide to this Court a status update regarding how this Court should address W.J.C.C.'s claim regarding the AEA and the Proclamation (ECF No. 25 at ¶¶ 64–65) moving forward.

IT IS FURTHER ORDERED that, only insofar as W.J.C.C. is lodging a claim relative to his continued detention absent an appropriate bond hearing, (ECF No. 25 at ¶¶ 66–67), the Clerk of Court shall refer this matter to a Magistrate Judge to address that claim in the first instance.

_____
**STEPHANIE L. HAINES**
**U.S. DISTRICT COURT JUDGE**