IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.J.C.C., | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Civil Case No. 3:25-cv-00153-SLH |
| DONALD J. TRUMP, *In his official capacity as President of the United States, et al.*, | ) ) ) ) ) |
| Respondents. | ) ) |

## **ORDER OF COURT**

AND NOW, this 8th day of July, 2025, upon due consideration of Respondents' "Response to Order of Court of June 18, 2025 (ECF 38)[,]" (ECF No. 42), IT IS HEREBY ORDERED that the Court's Order at ECF No. 38 REMAINS IN FULL FORCE AND EFFECT. Adjudication of Petitioner's claim regarding the AEA and the Proclamation (ECF No. 25 at ¶¶ 64–65) is STAYED pending further Order of Court.

IT IS FURTHER ORDERED that Respondents shall provide an Amended Status Update to this Court on or before July 15, 2025, along with their request regarding how Petitioner's claim regarding the AEA and the Proclamation (ECF No. 25 at ¶¶ 64–65) shall advance.

IT IS FURTHER ORDERED that Petitioner's other claim, that regarding his continued detention absent an appropriate bond hearing, (ECF No. 25 at ¶¶ 66–67), remains referred to Magistrate Judge Dodge for consideration in the first instance. Nothing in this Order shall be construed as limiting Magistrate Judge Dodge's ability to oversee and advance the consideration of that claim as she sees fit.

*Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record